P.O. Box 6960  
Syracuse NY 13217

Stellar Collection Services Inc.  
P.O. Box 6960  
Syracuse NY 13217

October 1, 2009

*******AUTO**SCH 3-DIGIT 130  
LISA LODISH  
2284 RESERVOIR RD  
NEW WOODSTOCK NY 13122-9710

286287-1

RE:  Lab Alliance of CNY          REFERENCE NUMBER: 00133724501

AMOUNT:              $25.00  
INTEREST:             $0.00

TOTAL:               $25.00

Dear LISA LODISH,

Please be advised that your account has been assigned to Stellar Collection Services Inc..

You have thirty (30) days to make arrangements for payment or further collection efforts will commence.

You are directed to address all future correspondence and payments concerning this account to this address:

Stellar Collection Services Inc.  
P.O. Box 6960  
Syracuse NY 13217

Sincerely,

Lynn Stein  
315-463-6637  
If out of the 315 Area code please use 1-800-568-8824

This is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgement or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

1,140